AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| RANDY ARANAGA, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-21918-KMW |
| THE ROCK INVESTMENTS, LLC; PATACON PISAO 136, LLC; SANDAN CORP d/b/a Patacon Pisa'o; and SANDRA P. PATINO, | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THE ROCK INVESTMENTS, LLC
c/o TALIESON ADVISORY CORP.
9655 SOUTH DIXIE HIGHWAY, STE. 101
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:  Mar 24, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | ) | |
|---|---|---|
| RANDY ARANAGA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-21918-KMW |
| | ) | |
| THE ROCK INVESTMENTS, LLC; PATACON PISAO | ) | |
| 136, LLC; SANDAN CORP d/b/a Patacon Pisa'o; and | ) | |
| SANDRA P. PATINO, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PATACON PISAO 136, LLC
c/o TALIESON ADVISORY CORP
9655 S DIXIE HWY
101
PINECREST, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 24, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RANDY ARANAGA, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:26-cv-21918-KMW |
| THE ROCK INVESTMENTS, LLC; PATACON PISAO 136, LLC; SANDAN CORP d/b/a Patacon Pisa'o; and SANDRA P. PATINO, | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SANDAN CORP d/b/a Patacon Pisa'o
c/o TALIESON ADVISORY CORP
9655 S DIXIE HWY
SUITE 101
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Mar 24, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RANDY ARANAGA, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE ROCK INVESTMENTS, LLC; PATACON PISAO 136, LLC; SANDAN CORP d/b/a Patacon Pisa'o; and SANDRA P. PATINO, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:26-cv-21918-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SANDRA P. PATINO
10972 NW 58TH TERR
MIAMI, FL 33178

9655 SOUTH DIXIE HWY
SUITE 101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 24, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court